1  THOMAS A. PACKER (SBN: 104767)
   tpacker@gordonrees.com
2  REBECCA R. WARDELL (SBN: 272902)
   rwardell@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant MOTEL 6 OPERATING L.P.

9              UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA  - SAN JOSE DIVISION

| | |
|---|---|
| LORI FORD,<br><br>          Plaintiff,<br><br>vs.<br><br>MOTEL 6; ACCORD BUSINESS AND LEISURE NORTH AMERICA, INC.; ACCOR BUSINESS AND LEISURE NORTH AMERICA, INC. dba Motel 6, and DOES 1 through 100,<br><br>          Defendants. | CASE NO.  CV12-02061 HRL<br><br>**DEFENDANT MOTEL 6 OPERATING L.P.'S REQUEST FOR NON-LEAD COUNSEL TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

   Motel 6 Operating L.P. ("Defendant") requests that this Court permit Rebecca Wardell, counsel for Defendant, to attend the Initial Case Management Conference in place of Thomas Packer, lead counsel for Defendant.  On July 24, 2012, Mr. Packer will be in Raleigh, North Carolina sitting for the first day of the North Carolina State Bar Examination and will be unable to attend the Initial Case Management Conference on that date.

   Both Mr. Packer and Ms. Wardell represent Defendant in the above-captioned matter, and represent Defendant in other matters.  While Mr. Packer is lead counsel for Defendant, Ms. Wardell is familiar with all aspects of this case and has been directly involved in this suit from its initiation in state court, including negotiating the parties' joint status conference statement with

plaintiffs' counsel. Additionally, Ms. Wardell represents Defendant in other actions. As such she is competent and capable to appear on behalf of Defendant at the Initial Case Management Conference in place of lead counsel. In the alternative, Defendant would request a brief continuance of the Conference, although defense counsel is confident that the Conference can proceed that all necessary issues can be addressed.

Dated: July 17, 2012                                GORDON & REES LLP


By:    /s/
       Thomas A. Packer
       Rebecca R. Wardell
       Attorneys for Defendant Motel 6
       Operating L.P.

**[PROPOSED] ORDER**

Defendant Motel 6 Operating L.P.'s Request for Non-Lead Counsel to Attend Initial Case Management Conference is GRANTED. Rebecca Wardell may attend the Initial Case Management Conference in place of lead counsel Thomas Packer.

**IT IS SO ORDERED.**

Dated: _____          _____

United States Magistrate Judge