1  THOMAS A. PACKER (SBN: 104767)
   tpacker@gordonrees.com
2  REBECCA R. WARDELL (SBN: 272902)
   rwardell@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant MOTEL 6 OPERATING L.P.

9              UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA  - SAN JOSE DIVISION

12  LORI FORD,                                         )   CASE NO.  CV12-02061 EJD
                                                       )
13                  Plaintiff,                         )
                                                       )
14          vs.                                        )   **DEFENDANT MOTEL 6 OPERATING
                                                       )   L.P.'S REQUEST FOR NON-LEAD
15  MOTEL 6; ACCORD BUSINESS AND                      )   COUNSEL TO ATTEND CASE
    LEISURE NORTH AMERICA, INC.; ACCOR                )   MANAGEMENT CONFERENCE;
16  BUSINESS AND LEISURE NORTH                        )   [PROPOSED] ORDER**
    AMERICA, INC. dba Motel 6, and DOES 1             )
17  through 100,                                       )
                                                       )
18                  Defendants.                        )
                                                       )

20      Motel 6 Operating L.P. ("Defendant") requests that this Court permit Rebecca Wardell,

21  counsel for Defendant, to attend the Case Management Conference in place of Thomas Packer,

22  lead counsel for Defendant.  September 7, 2012, Mr. Packer will be in Napa, California for a

23  firm partnership retreat and will be unable to attend the Case Management Conference on that

24  date.

25      Both Mr. Packer and Ms. Wardell represent Defendant in the above-captioned matter,

26  and represent Defendant in other matters.  While Mr. Packer is lead counsel for Defendant, Ms.

27  Wardell is familiar with all aspects of this case and has been directly involved in this suit from its

28  initiation in state court, including negotiating the parties' joint status conference statement with

-1-
Defendant's Request for Non-Lead Counsel to Attend Case Management Conference

1  plaintiff's counsel.  Additionally, Ms. Wardell represents Defendant in other actions.  As such
2  she is competent and capable to appear on behalf of Defendant at the Case Management
3  Conference in place of lead counsel. In the alternative, Defendant would request a brief
4  continuance of the Conference, although defense counsel is confident that the Conference can
5  proceed that all necessary issues can be addressed.

7  Dated:  August 23, 2012                              GORDON & REES LLP

9                                                      By:     /s/
                                                          Thomas A. Packer
10                                                        Rebecca R. Wardell
                                                          Attorneys for Defendant Motel 6
11                                                        Operating L.P.

# [~~PROPOSED~~] ORDER

Defendant Motel 6 Operating L.P.'s Request for Non-Lead Counsel to Attend Case Management Conference is GRANTED. Rebecca Wardell may attend the Case Management Conference in place of lead counsel Thomas Packer on September 7, 2012.

**IT IS SO ORDERED.**

Dated: August 27, 2012    

Hon. Edward J. Davila
United States District Judge

-3-
Defendant's Request for Non-Lead Counsel to Attend Case Management Conference