1

LAW OFFICES OF

CHAMBERS, NORONHA & KUBOTA

2

2070 NORTH TUSTIN AVENUE

SANTA ANA, CALIFORNIA 92705

3

(714)558-1400

4

YOSHIAKI C. KUBOTA, ESQ.

ATTORNEY BAR NO. 175555

5

6

Attorneys for Plaintiff

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

| | |
|---|---|
| 11 LORI FORD, | ] CASE NO. CV12-02061 EJD |
| 12         Plaintiff, | ] |
| 13     vs. | ] STIPULATION TO DISMISS THE MATTER ] WITH PREJUDICE; ORDER THEREON |
| 14 MOTEL 6; ACCORD BUSINESS AND LEISURE NORTH AMERICA, INC.; | ] ] |
| 15 ACCORD BUSINESS AND LEISURE NORTH AMERICA, INC., dba MOTEL | ] ] |
| 16 6, AND DOES 1 to 100, Inclusive, | ] ] |
| 17 | ] |
| 18         Defendants. | ] ] |

19     TO THE CLERK AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF

20 RECORD:

21     Plaintiff, LORI FORD, and all parties herein stipulate,

22 pursuant to local rule 41, that and hereby requests that the Clerk

23 dismiss the entire action with prejudice.

24 Dated: 7/10/13                    CHAMBERS, NORONHA & KUBOTA

25 _____

26 YOSHIAKI C. KUBOTA
   Attorney for Plaintiff

26 / / /

27

28

STIPULATION TO DISMISS THE MATTER WITH PREJUDICE

1   Dated: 7/10/13                         GORDON & REES, LLP

2

3                                          Rebecca Wardell, Esq.
                                           Attorney for Defendants
4

5
                                **ORDER**
6

7   The parties' stipulation is GRANTED.  This case is DISMISSED WITH
    PREJUDICE.  All pending matters are vacated and the clerk shall close this file.
8

9   DATED: July 10, 2013

                                           EDWARD J. DAVILA
10                                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        -2-
    STIPULATION TO DISMISS THE MATTER WITH PREJUDICE