LAW OFFICES OF
**CHAMBERS, NORONHA & KUBOTA**
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
(714)558-1400

YOSHIAKI C. KUBOTA, ESQ.
ATTORNEY BAR NO. 175555

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| LORI FORD, | CASE NO. CV12-02061 EJD |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS THE MATTER WITH PREJUDICE; ORDER THEREON |
| MOTEL 6; ACCORD BUSINESS AND LEISURE NORTH AMERICA, INC.; ACCORD BUSINESS AND LEISURE NORTH AMERICA, INC., dba MOTEL 6, AND DOES 1 to 100, Inclusive, | |
| Defendants. | |

TO THE CLERK AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Plaintiff, LORI FORD, and all parties herein stipulate, pursuant to local rule 41, that and hereby requests that the Clerk dismiss the entire action with prejudice.

Dated: 7/10/13

CHAMBERS, NORONHA & KUBOTA

YOSHIAKI C. KUBOTA
Attorney for Plaintiff

/ / /

-1-
STIPULATION TO DISMISS THE MATTER WITH PREJUDICE

1 | Dated: 7/10/13

GORDON & REES, LLP

_____
Rebecca Wardell, Esq.
Attorney for Defendants

### ORDER

The parties' stipulation is GRANTED.  This case is DISMISSED WITH PREJUDICE.  All pending matters are vacated and the clerk shall close this file.

DATED: July 10, 2013

_____
EDWARD J. DAVILA
United States District Judge